■ MIGUEL COLON v CITY OF NEW YORK. — Motion for leave to appeal to the Court of Appeals granted, and this court, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by the Court of Appeals. Concur — Sandler, Bloom and Fein, JJ.

Kupferman, J. P., dissents in a memorandum as follows: I dissent and would deny leave to appeal to the Court of Appeals. The city having conceded liability for false arrest and false imprisonment, the only issue was one of malicious prosecution. Having reduced the judgment, we have already faced up to that issue, and there is, therefore, no basis, as a matter of law, for this question to go to the Court of Appeals.